UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Crim. Action No. 03cr524-01 (CKK) |
| JESSE JOHNSON, | |
| Defendant. | |

**FILED**

APR - 7 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

This case comes before the Court upon the receipt of a Report and Recommendation dated March 22, 2010, from Magistrate Judge Alan Kay. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 7th day of April, 2010,

**ORDERED** that the Report and Recommendation is hereby ADOPTED and Mr. Johnson's supervised release is REVOKED; and it is

**FURTHER ORDERED** that Jesse Johnson is hereby scheduled to appear before the Court for Re-sentencing on May 5, 2010, at 9:30 a.m. in Courtroom 28A, 6th Floor-Annex.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Michelle Peterson, AFPD
Julieanne Himelstein, AUSA
Magistrate Judge Alan Kay
Andre Wilson, U.S. Probation Officer
Pretrial Services